ACCEPTED
06-14-00204-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/1/2015 5:54:48 PM
DEBBIE AUTREY
CLERK

## CAUSE NO. 06-14-00204-CR

| | | |
|---|---|---|
| **CLIFFORD BERNARD NELSON** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **VS.** | § | **FOR THE SIXTH DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **OF THE STATE OF TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/1/2015 5:54:48 PM
DEBBIE AUTREY
Clerk

## STATE'S THIRD MOTION TO EXTEND TIME
## FOR FILING STATE'S BRIEF

THE STATE OF TEXAS, by and through the undersigned Assistant District Attorney, respectfully moves the Court to extend the time for filing of the Appellee's Brief in accordance with Rule 10.5 of the Texas Rules of Appellate Procedure. In support of its motion, the State respectfully offers the following:

1. The Appellee's brief is due today, June 1, 2015, after two extensions, and I have not completed it.

2. Appellant relies on the following facts as good cause for the requested extension: In my second motion, I had asked for an extension until June 10, and was granted an extension only until today, June 1. I had another brief and a habeas response to write before today, and I accomplished those, but did not quite finish this one. On Tuesday of last week, I traveled to the the criminal appeals conference in Austin and this weekend I traveled to Mesquite for my grandson's graduation celebration. Today I participated in a motion for new trial that began at 1:30 and ended at 5:45, after which I came back to my office to get this motion completed and filed.

3. The State seeks an additional 4 days, until Friday, June 5, 2015. The undersigned will, nonetheless, attempt to complete and file the State's brief prior to the extended deadline.

4. The undersigned attorney is responsible for all post-conviction prosecution for the Gregg County Criminal District Attorney's Office, including direct appeals and applications for habeas corpus, bond forfeitures and traffic citation appeals.

In the past 21 days the undersigned attorney has worked on the following:

A.      Appellate brief in aggravated robbery case:

      1.     *Cinque Ross v. State,* 06-14-00157-CR  (8 volumes, 4 issues) filed Monday, May 11, 2015 after one extension.

      2.     *King v.State,* 06-14-00166 –CR due June 1, 2015, filed May 21, 2015 after one extension.

B.      Responses to habeas applications:

      1.     *Ex parte Matthew Spratling,* due June 1, 2015, filed May 26

C.      Protracted motion for new trial, alleging ineffective assistance of counsel, *State v. Hudgins,* 43,645 B, with hearings held on May 22 and June 1 until 5:45 p.m.

6.     In the next 30 days the undersigned attorney has briefing deadlines in the following cases in addition to this one:

A.      Appellate Briefs:

      1.     *Sibley v. State*, 06-15-00009-CR due June 8, 2015.

B.      Response to One DNA Motion

      1.     *Bennie Guy v. State*, 23,613-B  received April 21, 2015.

7. This extension is not requested for purposes of delay, but so that justice may be done.

Respectfully submitted,

/s/Zan Colson Brown

Zan Colson Brown
Texas Bar No. 03205900
Assistant District Attorney
101 East Methvin St., Suite 333
Longview, TX  75601
Telephone: (903) 236–8440
Facsimile:  (903) 236–3701
E-mail: zan.brown@co.gregg.tx.us

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing has been forwarded to all counsel of record by electronic transmission to:

Mr. Ebb Mobley
P.O. Box. 2309
Longview, Texas 75606
Ebbmob@aol.com

This 1st day of June, 2015.

/s/ **ZanColsonBrown**

Zan Colson Brown
Assistant District Attorney